**BRYAN CAVE LLP**
John W. Amberg (California Bar No. 108166)
Laju M. Obasaju (California Bar No. 255706)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200
E-mail:       jwamberg@bryancave.com
                   laju.obasaju@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.
and BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY GUEVARRA, an individual and AIDA GUEVARRA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE HOME LOANS, INC., a New York Corporation; BANK OF AMERICA, N.A., a United States Corporation and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV09-03548 FMC (JCx) <br><br> **NOTICE OF RELATED CASES OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND BANK OF AMERICA, N.A.** <br><br> [L.R. 83-1.3.1] <br><br> Complaint Filed: May 19, 2009 <br> Trial Date:       Not yet assigned] |

749639.1

NOTICE OF RELATED CASES

TO THE CLERK OF THE COURT OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 83-1.3.1, defendants Countrywide Home Loans, Inc. and Bank of America, N.A. hereby notify the Court that the above-entitled action involves no related cases.

Dated: September 11, 2009

**BRYAN CAVE LLP**
JOHN W. AMBERG
LAJU M. OBASAJU

By: /s/ Laju M. Obasaju
    Laju M. Obasaju
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. and BANK OF AMERICA, N.A.